762

for the Pittsburgh & West Virginia Railway Co., respondents.

No. 635. MOORE-MCCORMACK LINES, INC. *v.* FOSTER. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. Corydon B. Dunham* and *Irving L. Evans* for petitioner. *Mr. Sydney R. Snitken* for respondent.

No. 639. PRICE BROTHERS Co. *v.* SMITH. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Andrew M. Henderson* for petitioner. *Mr. John Ruffalo* for respondent.

No. 630. GOLDSMITH *v.* SANFORD, WARDEN. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *H. Ely Goldsmith, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* and *Miss Melva M. Graney* for respondent.

No. 595. KELLEY-KOETT MANUFACTURING Co. *v.* MC-EUEN. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Dean S. Edmonds* for petitioner. *Mr. Ar-*